THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02285-RPM

TDP, INC. d/b/a VERGENT PRODUCTS, INC.,

    Plaintiff,

v.

STELLAR LASERS LLC,
d/b/a SCALARWAVE LASERS, a Nevada limited liability company,

    Defendant.

_____

ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
_____

After review of plaintiff's Motion for Leave to File Amended Complaint [12], filed September 12, 2013 [12], it is

ORDERED that the motion is granted and the Second Amended Complaint attached as Exhibit B [12-2], is accepted as filed today.

DATED: September 16th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge