THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02285-RPM

TDP, INC. d/b/a VERGENT PRODUCTS, INC.,

      Plaintiff,

v.

STELLAR LASERS LLC d/b/a SCALARWAVE LASERS,

      Defendant.

---

## ORDER GRANTING MOTION TO AMEND COUNTERCLAIMS

Upon review of defendant's unopposed motion for leave to amend counterclaims, it is

ORDERED that the motion is granted and Defendant's First Amended Counterclaims attached thereto is accepted for filing.

Dated: December 23rd, 2013

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge