## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  January 28, 2014
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 13-cv-02285-RPM

TDP, INC., d/b/a Vergent Products, Inc.,                    William D. Byassee
                                                            Lara S. Nochomovitz
        Plaintiff,

v.

STELLER LASERS, LLC.,                                       Nicholas P. Hansen

        Defendant.
_____

### COURTROOM MINUTES
_____

**Hearing on Motion to Compel**

**1:54 p.m.        Court in session.**

Plaintiff's client representative Diana Precht present,

Court's preliminary remarks and comments regarding the pending motions to compel.

1:56 p.m.        Argument by Mr. Byassee [19].

Mr. Hansen answers questions asked by the Court regarding defendant's issues with plaintiff's product. Mr. Hansen states he agrees with the Court that discovery's initial focus should be on damages.

Court instructs counsel to first depose the Weisbarts.

**ORDERED:    Discovery with respect to damages is deferred.**
**            Plaintiff's Motion to Compel [19], is denied.**
**            Defendant's Motion to Compel [32], is denied.**

**2:01 p.m.        Court in recess.**

Hearing concluded.  Total time: 7  min.