IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

CIVILACTIONNO. 1:13-CV-02285-RPM

TDP, INC. d/b/a VERGENT PRODUCTS, INC.,

 *Plaintiff,*

v.

STELLAR LASERS, LLC,

 *Defendant.*

_____

### ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

 THIS MATTER comes before the Court on the Stipulated Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff TDP, Inc. d/b/a Vergent Products, Inc. ("Vergent") and Defendant Stellar Lasers, LLC ("Stellar"). The Court has reviewed the file and the Motion, and is fully advised in the premises; therefore,

 THE COURT FINDS AS FOLLOWS:

 A. The above-action and all claims asserted by Vergent and Stellar against each other are dismissed with prejudice.

 B. Each side shall bear its own costs and fees.

 DATED: 19th , 2014
.

            BY THE COURT:

            s/Richard P. Matsch
            _____
            RICHARD P. MATSCH
            UNITED STATES DISTRICT COURT JUDGE